UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-120-02-JL

<u>Jonathan Lara</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12) filed by the defendant is granted in part; the continuance is granted to the two-week period beginning November 3, 2009.  Final Pretrial is rescheduled to Wednesday, October 21, 2009, 3 PM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    Joseph N. Laplante
                                                    United States District Judge

Date: August 18, 2009

cc:  Paul Garrity, Esq.
     Jennifer Davis, Esq.
     U.S. Marshal
     U.S. Probation