UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-120-02-JL

<u>Jonathan Lara</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted in part; the continuance is limited to 30 days. No further continuances without a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: September 29, 2009

cc: Paul Garrity, Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation