UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 09-cr-120-02-JL

<u>Jonathan Lara</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 19) filed by the defendant is granted; Final pretrial is rescheduled to December 22, 2009 at 2 PM; Trial is continued to the two-week period beginning January 5, 2010, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                 _/s/ Joe Laplante_
                                               Joseph N. Laplante
                                               United States District Judge

Date:  November 18, 2009

cc:   Paul Garrity, Esq.
      Jennifer Davis, Esq.
      U.S. Marshal
      U.S. Probation